UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:03-cr-172-T-24 TGW
vs.                                        8:16-cv-1875-T-24 TGW

DONALD FLETCHER

_____/

**ORDER**

This cause comes before the Court upon the filing of a Joint Stipulation between the United States and the Defendant Fletcher regarding Fletcher's § 2255 Motion and Resentencing (Doc. CV-8, CR-43) filed August 2, 2016. The parties agree that in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), Fletcher no longer qualifies for the ACCA enhancement. Pursuant to the stipulation, the parties further agree that: 1) Fletcher's § 2255 motion should be granted, 2) Fletcher's 2004 criminal judgment should be vacated, and 3) Fletcher should be resentenced *in absentia* to time served, followed by 36 months of supervised release.

Accordingly, the Court orders:

1. Fletcher's 28 U.S.C. §2255 motion to vacate (Doc. CV-1, CR. 40) is granted.

2. Fletcher is sentenced *in absentia* to time served, followed by 36 months of supervised release with the same terms and conditions imposed in the Judgment entered on July 16, 2004.

3. The Clerk is directed to enter an Amended Judgment in the criminal case and to close the civil case.

DONE AND ORDERED at Tampa, Florida, this 3rd day of August, 2016.

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record